UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 04 B 12181
    DALE L ESTES
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY

        Debtor
    SSN XXX-XX-9231


------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
    The case was filed on 03/29/2004 and was confirmed 05/20/2004.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

    The case was paid in full 06/20/2008.
------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| NUVELL CREDIT CO LLC | SECURED | 17390.00 | 5809.45 | 17390.00 |
| NUVELL CREDIT CO LLC | UNSECURED | 4132.85 | .00 | 4132.85 |
| B-LINE LLC | UNSECURED | .00 | .00 | .00 |
| CAMBECE LAW OFFICE | NOTICE ONLY | NOT FILED | .00 | .00 |
| BANKFIRST CARD CENTER | UNSECURED | NOT FILED | .00 | .00 |
| MIDLAND CREDIT MANAGEMEN | UNSECURED | 455.73 | .00 | 455.73 |
| RESURGENT ACQUISITION LL | UNSECURED | 1717.49 | .00 | 1717.49 |
| ROUNDUP FUNDING LLC | UNSECURED | 1990.71 | .00 | 1990.71 |
| LTD FINANCIAL SERVICES L | UNSECURED | NOT FILED | .00 | .00 |
| PROVIDIAN | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENCE FINANCIAL LLC | UNSECURED | 5788.37 | .00 | 5788.37 |
| B-LINE LLC | UNSECURED | .00 | .00 | .00 |
| TIMOTHY K LIOU | DEBTOR ATTY | 2,271.75 | | 2,271.75 |
| TOM VAUGHN | TRUSTEE | | | 2,341.98 |
| DEBTOR REFUND | REFUND | | | .00 |

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------

|  | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | 41,898.33 | |
| PRIORITY | | .00 |
| SECURED | | 17,390.00 |
| INTEREST | | 5,809.45 |
| UNSECURED | | 14,085.15 |
| ADMINISTRATIVE | | 2,271.75 |
| TRUSTEE COMPENSATION | | 2,341.98 |
| DEBTOR REFUND | | .00 |
| TOTALS | 41,898.33 | 41,898.33 |


                    PAGE  1 - CONTINUED ON NEXT PAGE
            CASE NO. 04 B 12181 DALE L ESTES

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


Dated: 09/25/08                           /s/ Tom Vaughn
                              _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE